ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| A Plus Industries, Inc. | ) ASBCA Nos. 62101, 62434 |
| | ) |
| Under Contract No. FA4418-16-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Terrence L. Brennan, Esq.
                                   Brian S. Schaps, Esq.
                                     Deutsch Kerrigan, L.L.P.
                                     New Orleans, LA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                     Deputy Chief Trial Attorney
                                   Danielle A. Runyan, Esq.
                                   Josephine R. Farinelli, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 28, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62101, 62434, Appeals of A Plus Industries, Inc., rendered in conformance with the Board's Charter.

Dated:  July 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals